Prepared by State Reporter from Appeal Papers

*George P. Nicholson, Corporation Counsel (Elliot S. Benedict and John F. O'Brien of counsel), for appellant. Arthur C. Mendel for respondent.*

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE A. BOYD, Appellant, *v.* WILLIAM E. WALSH et al., Constituting the Board of Appeals of the City of New York, Respondents.

*New York city — building zones — application for permit to change stable to garage properly denied.*

*Matter of Boyd* v. *Walsh,* 217 App. Div. 461, affirmed.

(Submitted November 16, 1926; decided November 30, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 4, 1926, which reversed an order of Special Term annulling on certiorari a determination of the board of appeals of the city of New York and reinstated and confirmed said determination. The board had disapproved and denied relator's application for a permit to alter a stable situated at Nos. 173–177 West Eighty-ninth street in the city of New York for use as a garage for more than five motor vehicles, on the ground that such alteration would violate the building zone regulations.

*Vincent L. Leibell* for appellant.

*George P. Nicholson, Corporation Counsel (John F. O'Brien and William T. Kennedy of counsel) for respondents.*

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.